failure to prosecute in accordance with the rules.

**Patricia J. GALL, Petitioner,**

**v.**

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 2009–3209.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

Patricia J. Gall, Merrillan, WI, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Milton BROWN, Petitioner,**

**v.**

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2009–3211.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

Milton Brown, Sacramento, CA, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Euwan Y.A. GODFREY, Petitioner,**

**v.**

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2008–3320.

United States Court of Appeals, Federal Circuit.

July 28, 2009.